UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
........................................................................................X
                                                                : 
 RCRV, INC D/B/A ROCK REVIVAL                                   :
                                                                :     Civil Case No.: 14-CV-9587
                                    Plaintiffs,                 :
                                                                :     *Automatic Disclosure
                                                                :     Pursuant to FRP 26 (a)*
                    - against -                                 :
                                                                :
 RICH KIDS JEAN CORP., PAUL LAW, XYZ                            :
 COMPANIES 1-10, and JONH and JANE DOES 1-10
                                                                :
                                    Defendants.                 :
                                                                :
………………………………………………………………….X
UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT

PAUL LAW A/K/A PAUL P., RICH KIDS JEAN CORP**.,** and others, Defendant makes the following initial disclosure in accordance with the Federal Rules of Civil Procedure 26(a).

A.   WITNESSES

The identities of each person (s) likely to have discovered information in respect of the allegations contained in the pleadings are:

1.  Paul Law
    C/O RICH KIDS JEAN CORP
    1410 Broadway, Suite 1204,
    New York, New York 10018.


B.   DOCUMENTS

   1.  None

C.   COMPUTATION OF DAMAGES

   To be ascertained upon trial.

D.   INSURANCE POLICY

1

Not known at this time.

Defendant Rich Kid Jean Corp. and others, retains the right to supplement, amend, modify or otherwise act with respect to the above.

Dated: February 24, 2015
New York, NY

_____/s/_____
**Sanjay Chaubey, Esq. (SC-3241)**
Attorney for the Defendant

2